Entered on Docket
December 06, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed December 2, 2011

Roger L. Efremsky
U.S. Bankruptcy Judge

LAW OFFICES OF LES ZIEVE
DELMARIE C. BROCO, ESQ. #276479
DANIEL I. SINGER, ESQ. #227907
18377 Beach Blvd. Suite 210
Huntington Beach, CA 92648
(714) 848-7920
(714) 848-7650 Fax

Counsel for Movant

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>Cliofas Guajardo Morales and Mary Rosario Morales,<br><br>Debtor.<br>_____<br>The Bank of New York, Mellon Trust Company, National Association as grantor trustee of the Protium Master Grantor Trust, its assignees and/or successors in interest,<br><br>Movant,<br><br>vs.<br><br>Cliofas Guajardo Morales and Mary Rosario Morales,<br>Martha G. Bronitsky, Trustee,<br><br>Respondents.<br>_____ | Bk. No: 10-43340<br><br>R.S. #LAZ49-29<br><br>CHAPTER 13<br><br>**ORDER VACATING AUTOMATIC STAY**<br><br>Date:   November 16, 2011<br>Time:   1:30 p.m.<br>Place:  Courtroom 201<br>            1300 Clay Street<br>            Oakland, CA |

   Movant's Motion For Relief From the Automatic Stay came on for hearing at the above-referenced time and place, the HONORABLE ROGER L. EFREMSKY, presiding. Movant appeared through its counsel, DelMarie C. Broco, Esq. All other appearances were duly noted on the record.

   The Court, having considered the pleadings including the evidence attached thereto and the arguments presented, makes its Order as follows:

**IT IS HEREBY ORDERED** that the Automatic Stay in the above-entitled Bankruptcy case is vacated and extinguished effective immediately for entry of Notice of Default only as to Movant's interest in the subject property generally described as **1110 Quail Valley Run, Oakley, California** and specifically described in Document no. DOC-2007-0204089-00, recorded July 16, 2007, Contra Costa Recorder Office, California.

**IT IS FURTHER ORDERED** that matter can be restored on 10 days notice.

**IT IS FURTHER ORDERED** that Movant be permitted to offer and provide Debtors with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and to enter into such agreement with Debtors.

**\*\*END OF ORDER\*\***

COURT SERVICE LIST

Cliofas Guajardo Morales and Mary Rosario Morales
1110 Quail Valley Run
Oakley, CA 94561