

| | |
|---|---|
| 1 | **LAW OFFICES OF LES ZIEVE** |
| 2 | **DANIEL I. SINGER, ESQ. #227907**<br>18377 Beach Blvd. Suite 210 |
| 3 | Huntington Beach, CA 92648<br>(714) 848-7920 |
| 4 | (714) 848-7650 Fax<br>bankruptcy@zievelaw.com |
| 5 | |
| 6 | Counsel for Movant |

Entered on Docket
May 18, 2012
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed May 18, 2012

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| In re | Bk. No: 10-43340 |
| Cliofas Guajardo Morales and Mary Rosario Morales, | R.S. No. LAZ49-29-2 |
| | CHAPTER 13 |
| Debtor. | **ORDER VACATING AUTOMATIC STAY** |
| The Bank of New York, Mellon Trust Company, National Association as grantor trustee of the Protium Master Grantor Trust, its assignees and/or successors in interest, | Date: May 9, 2012<br>Time: 1:30 p.m.<br>Place: Courtroom 201<br>U.S. Bankruptcy Court<br>1300 Clay Street<br>Oakland, CA |
| Movant,<br>vs. | |
| Cliofas Guajardo Morales and Mary Rosario Morales,<br>Martha G. Bronitsky, Trustee, | |
| Respondents. | |

      Movant's Motion For Relief From the Automatic Stay came on for hearing at the above-referenced time and place, the Honorable Roger L. Efremsky, presiding. Movant appeared through its counsel, Daniel I. Singer, Esq. All other appearances, if any, were duly noted on the record.

///

The Court, having considered the pleadings including the evidence attached thereto and the arguments presented, makes its Order as follows:

**IT IS HEREBY ORDERED** that the Automatic Stay in the above-entitled Bankruptcy case is vacated and extinguished effective immediately for all purposes as to Movant's interest in the subject property generally described as **1110 Quail Valley Run, Oakley, California 94561** and specifically described in Document No. 2007-0204089-00, recorded on July 16, 2007, in Contra Costa County, California. Movant may proceed with a foreclosure sale of the subject property in accordance with applicable state law. Movant may thereafter take any action allowed by state law to obtain complete possession of the subject property.

**IT IS FURTHER ORDERED** that with respect to the Debtor and the Chapter 7 Trustee, the Automatic Stay in this case is vacated effective immediately regarding Movant's interest in the subject property described above.

**IT IS FURTHER ORDERED** that Movant be permitted to offer and provide Debtors with information regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and to enter into such agreement with Debtors.

**IT IS FURTHER ORDERED** that the 14-day stay set forth in Federal Rule of Bankruptcy Procedure 4001(a)(3) is waived.

**\*\*END OF ORDER\*\***

**COURT SERVICE LIST**

Case: 10-43340    Doc# 42    Filed: 05/18/12    Entered: 05/18/12 13:15:57    Page 3 of 3